Andrew J. Sommer, State Bar No. 192844
Megan S. Shaked, State Bar No. 274174
CONN MACIEL CAREY LLP
870 Market Street, Suite 1111
San Francisco, California 94102
Telephone: (415) 268-8894
Facsimile: (415) 268-8881
asommer@connmaciel.com
mshaked@connmaciel.com

Kara M. Maciel, *Admitted Pro Hac Vice*
CONN MACIEL CAREY LLP
5335 Wisconsin Avenue NW, Suite 660
Washington, DC 20015
Telephone: (202) 909-2730
Facsimile: (202) 827-7904
kmaciel@connmaciel.com

Benedict E. Idemundia, State Bar No. 289386
SELMAN BREITMAN LLP
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525
bidemundia@selmanlaw.com

Attorneys for Defendant,
SHAMROCK FOODS COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RUIZ, RAUL GUERRERO, and ROBERT TORRES on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHAMROCK FOODS COMPANY, an Arizona Corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | **CASE NO. 2:17-cv-06017-SVW-AFM**<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT**<br><br><br>Complaint Filed: August 14, 2017<br>Trial Date: None Set |

Defendant Shamrock Foods Company ("Defendant") hereby submits, attached to this Notice of Lodging, a Proposed Judgment pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment (Docket Number 56).

DATED: August 24, 2018                         CONN MACIEL CAREY LLP

                                       By:   /s/ Andrew J. Sommer
                                             Andrew J. Sommer
                                             Attorneys for Defendant
                                             SHAMROCK FOODS COMPANY