FILED
CLERK, U.S. DISTRICT COURT

AUG 3 0 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RUIZ, RAUL GUERRERO, and ROBERT TORRES on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHAMROCK FOODS COMPANY, an Arizona Corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-06017-SVW-AFM<br><br>[PROPOSED] JUDGMENT<br><br><br><br>Complaint Filed:    August 14, 2017<br>Trial Date:    None Set |

For the reasons set forth in this court's Order Granting Defendant Shamrock Foods Company's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED:

That Plaintiffs Mario Ruiz, Raul Guerrero, and Robert Torres take nothing, that the action be dismissed on the merits, and that Defendant Shamrock Foods Company recover from Plaintiffs Mario Ruiz, Raul Guerrero, and Robert Torres its costs of action.

DATED: 8/30/18

_____
Hon. Stephen V. Wilson
United States District Judge