UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 01 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARIO RUIZ; et al.,

            Plaintiffs - Appellants,

  v.

SHAMROCK FOODS COMPANY,
an Arizona corporation,

            Defendant - Appellee.

No. 18-56209

D.C. No. 2:17-cv-06017-SVW-AFM
U.S. District Court for Central
California, Los Angeles

**MANDATE**

The judgment of this Court, entered March 20, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7